[No. 10074–0–III.  Division Three.  November 20, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. GERRY JOSEPH ALLAIRE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 88–1–02117–7, Stephen M. Brown, J., entered May 26, 1989. *Reversed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 13354–7–II.  Division Two.  November 21, 1990.]

DONALD BRUCE MOUNTJOY, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 87–2–00678–3, Daniel J. Berschauer, J., entered October 13, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick and Morgan, JJ.

[No. 13364–4–II.  Division Two.  November 21, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD D. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89–1–01252–1, Donald H. Thompson, J., entered October 11, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.